IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-13-513-4 |
| | § § § § | |
| CHRISTOPHER D. RENFRO | § | |

**O R D E R**

The court held a partial re-arraignment and a pretrial conference on March 24, 2014 as to Defendant Renfro. The defendant wishes to proceed to trial on the remaining counts. A brief continuance is needed to prepare for trial. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | May 19, 2014 |
| Responses are to be filed by: | June 2, 2014 |
| Pretrial conference is reset to**:** | **June 9, 2014 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **June 16, 2014 at 9:00 a.m.** |

SIGNED on March 24, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge