# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| VS. | § CRIMINAL ACTION NO. H-13-513-4 |
| | § |
| CHRISTOPHER D. RENFRO, | § |
| Defendant. | § |

## ORDER

The defendant's Motion to Withdraw and Request to Appoint Counsel on Appeal is granted.

Magistrate Judge Milloy will appoint counsel to represent the defendant on appeal.

SIGNED on August 11, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge